UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                      Case No. 8:04-cr-93-T-27MSS

CARL STEWART

_____

## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the psychiatric evaluation of Defendant Carl Stewart by David A. Kohls, M.S., psychology intern, under the supervision of Carlton Pyant, Ph.D., staff psychologist, and Bruce Capehart, M.D., staff psychiatrist, at the Mental Health Department, Federal Medical Center, Butner, North Carolina, finding Defendant presently competent to stand trial.

On August 5, 2004, the Court found that Defendant was suffering from a mental defect rendering him incompetent to the extent that he was unable to understand the nature and consequences of the proceedings against him and to consult with and assist his attorney (Dkt. 34). Therefore, Defendant was committed to the custody of the Attorney General for treatment in a suitable facility not to exceed four months. Thereafter, the Court extended the time in which the Federal Medical Center had to complete a psychological examination of Defendant. The March 17, 2005, forensic evaluation of Defendant reflects that several assessment procedures were conducted and that the prior evaluations by Donald R. Taylor, Jr., M.D., and Debra Goldsmith, Ph.D. were reviewed. The physicians and intern at the Federal Medical Center opined that Defendant meets the criteria for competency such that Defendant is presently able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

The Undersigned conducted additional inquiry regarding Defendant's appreciation of the proceedings against him, confirming that conclusion. Although Defendant has a strained speech pattern, he appears to clearly understand the nature of the present proceedings and is able to articulate the charges that have been brought against him. The Undersigned, therefore, finds that Defendant is presently able to answer the charges against him.

Upon consideration, and being otherwise fully advised, the Undersigned **REPORTS and RECOMMENDS** that the Court find Defendant is presently competent to understand the nature of the pending charges and to assist in the proceedings against him.

Respectfully recommended in Tampa, Florida on May 10th, 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record