UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:04-CR-93-T-27MSS

CARL STEWART
_____/

ORDER

THIS CAUSE came on for consideration upon the psychiatric evaluation of Defendant Carl Stewart. This matter was considered by the United States Magistrate Judge who filed her Report and Recommendation that the Court find Defendant presently competent to understand the nature of the pending charges and to assist in the proceedings against him. Therefore it is,

ORDERED AND ADJUDGED:

1.  Upon the Court's independent examination of the file, it **ADOPTS AND CONFIRMS** the Report and Recommendation of the Magistrate Judge finding that the Defendant is presently competent to understand the nature of the pending charges and to assist in the proceedings against him.

2.  This case remains scheduled on the May 2005 trial calendar but protected until the week of May 23, 2005.

**DONE AND ORDERED** in chambers this May 16, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record